# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00627-CV

**John Thompson; Pro Rep Group, LLC; and Pro Rep Group (Canada), Inc., Appellants**

**v.**

**Neogenis Laboratories, Inc., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. D-1-GN-13-000661, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss their appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed on Appellants' Motion

Filed: June 10, 2014